**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.  **CASE NO. 3:05cr114-MCR**

**CHRISTOPHER JERMAINE WATSON,**  **DOCKET NO. 4:06mj035-WCS**

    **Defendant.**
_____/

**O R D E R**

At first appearance, counsel for Defendant advised that he had been retained only for the first appearance, bond hearing, and arraignment. Since trial has been scheduled, it is essential that Defendant make a final decision whether he intends to retain counsel or to apply for appointment of counsel by the court.

Accordingly it is **ORDERED** that by no later than March 3, 2006, Defendant shall file a report that counsel has been retained permanently for this case or an application on form CJA 23 for appointment of the Public Defender as his counsel.

**DONE AND ORDERED** on February 24, 2006.

                                           S/ William C. Sherrill, Jr.
                                           **WILLIAM C. SHERRILL, JR.
                                           UNITED STATES MAGISTRATE JUDGE**